UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE     +
        +    Case No. 19-33587
JELISA SHANTEL WOODS     +
    Debtor     +

## NOTICE OF APPEARANCE

Comes now Larry Darby and gives notice to this Honorable Court that he represents The Grove at Stone Park, a creditor in this cause, and requests notice.

Respectfully submitted,

/s/    Larry Darby_____
Larry E. Darby
Attorney for Creditor

Darby Law Firm, LLC
P.O. Box 3905
Montgomery, Alabama 36109
Tel 334.356.3593 Fax 334.356.6392
Bankruptcy@AlabamaEvictions.com

## CERTIFICATE OF SERVICE

I certify that the foregoing will be filed electronically (CM/ECF) and will be served upon the following:

Michael Brock                 Sabrina L. McKinney, Trustee
P.O. Drawer 311167         P.O. Box 173
Enterprise, AL 36331       Montgomery, AL 36101

/s/    Larry Darby_____
Larry E. Darby